**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Walter W Wilson,<br>Ny-Kiesha Wilson<br><br>*Debtor(s)*. | Case No. 25-14919-AMC<br>Chapter 13 |

**Certificate of Service**

I, Brad J. Sadek, certify that on December 23, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: December 23, 2025

/s/ Brad J. Sadek
Brad J. Sadek
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
brad@sadeklaw.com

**Mailing List Exhibit**

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| Walter W Wilson<br>2860 Stampford Street<br>Philadelphia, PA 19152 | Debtor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Ny-Kiesha Wilson<br>2860 Stampford Street<br>Philadelphia, PA 19152 | Debtor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Kenneth E. West<br>190 N. Independence Mall West<br>Suite 701<br>Philadelphia, PA 19106 | Trustee | ☒ CM/ECF<br>☐ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107 | U.S. Trustee | ☒ CM/ECF<br>☐ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Pennsylvania Department of Revenue<br>Attn: Bankruptcy Division<br>Department 280946<br>Harrisburg, PA 17128 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| U.S. Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Pennsylvania Office of Attorney General<br>Attn: Financial Enforcement Section<br>Strawberry Square, 15th Floor<br>Harrisburg, PA 17120 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Pennsylvania Office of General Counsel<br>333 Market St Fl 17<br>Harrisburg, PA 17101 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>615 Chestnut Street, 12th Floor<br>Philadelphia, PA 19106 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Philadelphia Parking Authority<br>Bankruptcy Department<br>701 Market Street<br>Philadelphia, PA 19106 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| City of Philadelphia Law Department<br>1401 John F. Kennedy Blvd.<br>Philadelphia, PA 19102 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| City of Philadelphia<br>Parking Violation Branch<br>PO Box 41819<br>Philadelphia, PA 19101 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| Chex Systems Inc.<br>PO Box 583399<br>Minneapolis, MN 55458 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Affirm, Inc.<br>Attn: Bankruptcy<br>650 California St Fl 12<br>San Francisco, CA 94108-2716 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Bank of America<br>Attn: Bankruptcy<br>PO Box 15019<br>Wilmington, DE 19886-5019 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Best Egg<br>Attn: Bankrupcty<br>PO Box 42912<br>Philadelphia, PA 19101-2912 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Capital One<br>AttN: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Chase Card Services<br>Attn: Bankruptcy<br>PO Box 15299<br>Wilmington, DE 19850-5299 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Citibank<br>Attn: Bankruptcy Department<br>PO Box 790046<br>Saint Louis, MO 63179-0046 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Citizens One<br>Attn: Bankruptcy<br>1 Citizens Plz<br>Providence, RI 02903-1344 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Continental Finance Co<br>Attn: Bankruptcy<br>PO Box 3220<br>Buffalo, NY 14240-3220 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Credit One Bank<br>Attn: Bankruptcy Department<br>6801 S Cimarron Rd<br>Las Vegas, NV 89113-2273 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| Discover Financial<br>Attn: Bankruptcy<br>PO Box 30943<br>Salt Lake City, UT 84130-0943 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Fay Servicing LLC<br>Fay Servicing, Attn: Bankruptcy Dept<br>PO Box 815548<br>Dallas, TX 75381-5548 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Goldman Sachs Bank USA<br>Attn: Bankruptcy<br>PO Box 70379<br>Philadelphia, PA 19176-0379 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Greensky/Thd<br>Attn: Bankruptcy Department<br>PO Box 2730<br>Alpharetta, GA 30023-2730 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Mariner Finance<br>Attn: Bankruptcy<br>8211 Town Center Dr<br>Nottingham, MD 21236-5904 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Mercury/Fbt<br>Attn: Bankruptcy<br>PO Box 84064<br>Columbus, GA 31908-4064 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Mohela<br>Attn: Bankruptcy<br>633 Spirit Dr<br>Chesterfield, MO 63005-1243 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Onemain<br>PO Box 1010<br>Evansville, IN 47706-1010 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Philadelphia Federal Credit Union<br>Attn: Bankruptcy<br>12800 Townsend Rd<br>Philadelphia, PA 19154-1003 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Sallie Mae Bank Inc<br>PO Box 3229<br>Wilmington, DE 19804-0229 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |

5

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| Syncb/Venmo<br>Attn: Bankruptcy<br>PO Box 965065<br>Orlando, FL 32896-5065 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Synchrony Bank/Gap<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Synchrony/Paypal Credit<br>Attn: Bankruptcy<br>PO Box 965064<br>Orlando, FL 32896-5064 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Td Bank/Raymour & Flanigan<br>Attn: Bankruptcy<br>1701 Marlton Pike E<br>Cherry Hill, NJ 08003-2390 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| TD Bank, N.A.<br>PO BOX 1931<br>Burlingame, CA 94011 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |